UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

    **Plaintiff,**

**v.**

**GUAC STAR CORPORATION**
**d/b/a GUAC STAR**, a New York
for profit corporation,

    **Defendant.**
_____/

Case No. 1:16-cv-05913-ER

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff **FREDKIEY HURLEY** hereby dismisses the above captioned action as to Defendant(s) **GUAC STAR CORPORATION d/b/a GUAC STAR** without prejudice**.**

    By: /s/ Tara Demetriades_____

    Tara Demetriades, Esq.
    New York Bar No. 4158666
    **ADA Accessibility Associates**
    1076 Wolver Hollow Road
    Oyster Bay, NY 11771
    E: TDemetriades@Aol.com
    T: (516) 595-5009
    **Counsel for Plaintiff**

### CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this October 22, 2019, I electronically filed the foregoing via the CM/ECF System which will send a notice of electronic filing to all counsel of record.

    By: /s/ Tara Demetriades_____
     Tara Demetriades, Esq.
     New York Bar No. 4185666